### IN THE UNITED STATES BANKRUPTCY COURT
### IN THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                           BANKRUPTCY NO: 23-00449-JAW

**RICKEY PRICE, JR.**
**126 HARDACRE DR**
**FLORA, MS 39071**

### NOTICE AND MOTION TO DISMISS

 **COMES NOW,** Harold J Barkley Jr., the duly appointed and qualified Standing **TRUSTEE** in the above cause and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

 **NOTICE IS HEREBY GIVEN,** to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE,** or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the below depicted due date, the Chapter 13 proceeding of the above **DEBTORS** will be dismissed.

 **NOTICE IS FURTHER GIVEN** that, in the event a written responsive pleading is filed, a hearing on the matter will be held in the Bankruptcy Courtroom 4C, 501 E. Court St., Jackson, MS on **MARCH 23, 2026 @ 10:00 am.**

 **WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

                       MAIL PAYMENTS TO:
                        Harold J. Barkley, Jr.
                        Chapter 13 Trustee
                        P.O. Box 321454
                        Flowood, MS   39232

**AMOUNT DUE BY 03/12/2026: $2578.50**
(As of 02/18/2026 <u>thru end of month)</u>

DATED: 2/19/2026

                        /s/ Harold J. Barkley, Jr.
                        Harold J. Barkley, Jr. - MSB#2008
                        Chapter 13 Trustee
                        P O Box 4476
                        Jackson, MS 39296-4476
                        Phone: 601-362-6161
                        Fax: 601-362-8826
                        Email:  hjb@hbarkley13.com

## CERTIFICATE OF SERVICE

      I, Harold J. Barkley, Jr., Standing Trustee, do hereby certify that on the above date of the Notice and Motion to Dismiss, I mailed, postage prepaid, a true and correct copy of the foregoing pleading to the **DEBTOR,** and by ECF Filing Notification to the Attorney for the **DEBTOR** herein and to the Office of the U.S. Trustee.

THOMAS C. ROLLINS, JR
trollins@therollinsfirm.com

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

**RICKEY PRICE, JR.**
**126 HARDACRE DR**
**FLORA, MS 39071**

**DATED: 2/19/2026**

                                               /s/ Harold J. Barkley, Jr.
                                               Harold J. Barkley, Jr. - MSB#2008