**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **RICKEY D`VONTE PRICE, JR.** | ) **Case No.:** **23-00449-JAW** |
| | ) |
| **Debtor.** | ) **Chapter:** **13** |
| | ) |

**DEFAULT ORDER GRANTING RELIEF**
**FROM AUTOMATIC STAY, CO-DEBTOR STAY AND ABANDONMENT**

This matter is before the Court on the motion of VILLAGE CAPITAL & INVESTMENT LLC for relief from the automatic stay of 11 U.S.C. § 362, the co-debtor stay of 11 U.S.C. § 1301, and abandonment.  Movant represented to the Court that it served the motion in accordance with all applicable rules.  No timely response was filed.  Accordingly, the motion is granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Movant is granted relief from the automatic stay of 11 U.S.C. § 362, the co-debtor stay of 11 U.S.C. § 1301 and that the Trustee abandons interest as to the following property:

102 LANGFORD RD, LENA, MS 39094, now or formerly known as 126 Langford Rd. Lena, MS 39094 as more particularly described on the copy of the Deed of Trust attached hereto.

**##END OF ORDER##**

Submitted by:

/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor