MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:    Rickey D`Vonte Price, Jr.                                      Case No.:  23-00449-JAW

                    *Debtor(s)*                                                      Chapter:  13

### Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
VILLAGE CAPITAL & INVESTMENT LLC                                                    , a
                                        [Name of Corporate Party]

**[Check One]**

[x] Party to a contested matter **Miss. Bankr. L.R. 9014-1 (c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[x] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

KB Holding Trust

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date:  3/26/26                      /s/ Natalie Brown
                                        Attorney Signature

                                        Natalie Brown                        100802
                                        Attorney Name                      State Bar Number

                                        3145 Avalon Ridge Place, Suite 100
                                        Address
                                        Peachtree Corners, GA 30071
                                        City, State, and Zip Code

                                        (877) 813-0992            nbrown@rlselaw.com
                                        Telephone Number        Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**