**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Rickey D'Vonte Price, Jr., Debtor**               **Case No. 23-00449-JAW**
                                                                              **CHAPTER 13**

## RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to Creditor Village Capital

& Investment LLC's Motion for Abandonment and Relief from Automatic Stay and Co−Debtor

Stay (Dk #85) as follows:

1. Debtor commenced this case on 02/27/2023 by filing a voluntary petition for relief under

   Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor has applied for a mortgage modification.

3. Debtor respectfully requests additional time to complete the mortgage modification

   process.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or

alternative relief as may be just and proper.

                                        Respectfully submitted,

                          By:     /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MSBN 103469)
                                        Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on April 10, 2026, to:

By Electronic CM/ECF Notice:

Natalie Kareda Brown on behalf of Creditor Village Capital & Investment LLC

Harold Barkley

U.S. Trustee

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.