_____

**SO ORDERED,**





**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 16, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **RICKEY D'VONTE PRICE, JR.,**        **CASE NO. 23-00449-JAW**


    **DEBTOR.**                        **CHAPTER 13**

## <u>ORDER RESETTING HEARING</u>

This matter came on this date on the Motion for Abandonment and Relief from Autoamtic Stay and Co-Debtor Stay (Real Property) filed by Village Capital  & Investment LLC (the "Motion") (Dkt. #85) and the Debtor's Response (the "Response") (Dkt. #90).  The Court, having considered the facts herein, finds that the hearing (the "Hearing") on April 20, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Response hereby is continued and reset for June 29, 2026, at 10:00 AM in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693