**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO: 23-00449-JAW** |
| | : | |
| | : | **CHAPTER: 13** |
| | : | |
| **RICKEY D`VONTE PRICE, JR.** | : | |
| **Debtor** | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| **VILLAGE CAPITAL & INVESTMENT LLC,** | : | |
| **Movant,** | : | |
| | : | **CONTESTED MATTER** |
| **vs.** | : | |
| | : | |
| **RICKEY D`VONTE PRICE, JR.** | : | |
| **HAROLD J. BARKLEY, JR., Trustee** | : | |
| **Respondents.** | : | |
| | : | |

**AGREED ORDER DENYING RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

VILLAGE CAPITAL & INVESTMENT LLC, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay and Co-Debtor Stay (the "Motion"), (Dkt. # 85) which was set for hearing on **September 21, 2026** (the "Hearing"). Movant seeks relief as to Debtor's real property located in Leake County, Mississippi, now or formerly known as **102 LANGFORD RD, LENA, MS 39094** (the "Property"), as more particularly described on the copy of the Deed of Trust

attached hereto. Movant asserts that the Motion was properly served and hearing properly noticed. As of the filing of the Motion, the post-petition arrearage owed to Movant was **$16,393.52** (not including Bankruptcy Fees and Costs, as specified in the Motion). During the time between the filing of the Motion and the Hearing date, Debtor accepted Movant's offer of a Trial Modification Payment Plan. The parties reached an agreement as follows:

Debtor is to make the following Trial Period Plan Payments directly to Movant with the September 1, 2026 payment being due on or before September 30, 2026.

| Description | From | To | Quantity | Amount |
|---|---|---|---|---|
| Trial Period Plan Payments | 09/01/20263 | 11/01/2026 | 3 | $2,075.66 |

Accordingly, by consent, it is hereby

**ORDERED** that:

Should Debtor fail to make the Trial Modification payments to Movant, Movant may request the Motion for Relief from Stay to be reset on the Court docket's docket for a hearing.

***Remainder of page intentionally left blank.***

The Co-Debtor stay pursuant to 11 U.S.C. § 1301 shall remain in effect until such time relief from stay is obtained for the Debtor.

In the event the instant case is dismissed, discharged or converted to another chapter under the Bankruptcy Code, the terms of this Order will be void.

**##END OF ORDER##**

Prepared and Submitted by:

/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor

Consented to by:

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr, Esq.
MS State Bar No. 103469
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
Attorney for Debtor

No Opposition to by:

/s/ Justin B. Jones
Justin B. Jones for Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476
601-362-6161
Standing Chapter 13 Trustee

DISTRIBUTION LIST

Karley Price
102 Langford Rd
Lena, MS 39094

Rickey D`Vonte Price, Jr.
126 Hardacre Dr
Flora, MS 39071

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Harold J. Barkley, Jr., Trustee
P.O. Box 4476
Jackson, MS 39296-4476

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Natalie Brown, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, GA 30071