United States Bankruptcy Court
Southern District of Mississippi

In re:
Rickey D'Vonte Price, Jr.
Debtor

Case No. 23-00449-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 2
Date Rcvd: Oct 02, 2026 | Form ID: pdf012 | Total Noticed: 2

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Rickey D'Vonte Price, Jr., 126 Hardacre Dr, Flora, MS 39071-9418 |
| codb | + | Karley Price, 102 Langford Road, Lena, MS 39094-9506 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| John E. Tucker | on behalf of Creditor Tower Loan of Mississippi LLC d/b/a Tower Loan of Canton jtucker@towerloan.com |
| Natalie Kareda Brown | on behalf of Creditor Village Capital & Investment Llc nbrown@rlselaw.com lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Rickey D'Vonte Price Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO: 23-00449-JAW** |
| | : | |
| | : | **CHAPTER: 13** |
| | : | |
| **RICKEY D`VONTE PRICE, JR.** | : | |
| **Debtor** | : | |
| **VILLAGE CAPITAL & INVESTMENT LLC,** | : | |
| **Movant,** | : | |
| | : | **CONTESTED MATTER** |
| **vs.** | : | |
| | : | |
| **RICKEY D`VONTE PRICE, JR.** | : | |
| **HAROLD J. BARKLEY, JR., Trustee** | : | |
| **Respondents.** | : | |
| | : | |

**AGREED ORDER DENYING RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

VILLAGE CAPITAL & INVESTMENT LLC, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay and Co-Debtor Stay (the "Motion"), (Dkt. # 85) which was set for hearing on **September 21, 2026** (the "Hearing"). Movant seeks relief as to Debtor's real property located in Leake County, Mississippi, now or formerly known as **102 LANGFORD RD, LENA, MS 39094** (the "Property"), as more particularly described on the copy of the Deed of Trust

attached hereto. Movant asserts that the Motion was properly served and hearing properly noticed. As of the filing of the Motion, the post-petition arrearage owed to Movant was **$16,393.52** (not including Bankruptcy Fees and Costs, as specified in the Motion). During the time between the filing of the Motion and the Hearing date, Debtor accepted Movant's offer of a Trial Modification Payment Plan. The parties reached an agreement as follows:

Debtor is to make the following Trial Period Plan Payments directly to Movant with the September 1, 2026 payment being due on or before September 30, 2026.

| Description | From | To | Quantity | Amount |
|---|---|---|---|---|
| Trial Period Plan Payments | 09/01/20263 | 11/01/2026 | 3 | $2,075.66 |

Accordingly, by consent, it is hereby

**ORDERED** that:

Should Debtor fail to make the Trial Modification payments to Movant, Movant may request the Motion for Relief from Stay to be reset on the Court docket's docket for a hearing.

***Remainder of page intentionally left blank.***

The Co-Debtor stay pursuant to 11 U.S.C. § 1301 shall remain in effect until such time relief from stay is obtained for the Debtor.

In the event the instant case is dismissed, discharged or converted to another chapter under the Bankruptcy Code, the terms of this Order will be void.

**##END OF ORDER##**

Prepared and Submitted by:

/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor

Consented to by:

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr, Esq.
MS State Bar No. 103469
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
Attorney for Debtor

No Opposition to by:

/s/ Justin B. Jones
Justin B. Jones for Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476
601-362-6161
Standing Chapter 13 Trustee

DISTRIBUTION LIST

Karley Price
102 Langford Rd
Lena, MS 39094

Rickey D`Vonte Price, Jr.
126 Hardacre Dr
Flora, MS 39071

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Harold J. Barkley, Jr., Trustee
P.O. Box 4476
Jackson, MS 39296-4476

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Natalie Brown, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, GA 30071