# RUBIN LUBLIN, LLC

Attorneys and Counselors at Law
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992


**VIA ELECTRONIC DELIVERY**

October 29, 2026

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street Suite 2.300
Jackson, MS 39201

**Re: RICKEY D'VONTE PRICE, JR.**
**102 LANGFORD RD**
**LENAS, MS 39094**
**Bankruptcy Case No. 23-00449-JAW**

Dear Mr. Miller:

Please reset the Motion for Relief from Stay and Co-Debtor Stay that was filed on March 26, 2026 (Doc. No. 85) in the above captioned case on the first available date.

Thank you for your consideration. If you have any questions, please do not hesitate to contact me.

Sincerely,

RUBIN LUBLIN, LLC


/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor