**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**RICKEY D'VONTE PRICE, JR.,** **CASE NO. 23-00449-JAW**

**DEBTOR.** **CHAPTER 13**

# <u>ORDER RESETTING HEARING</u>

This matter came on this date on the Motion for Abandonment and Relief from Automatic Stay and Co-Debtor Stay (Real Property) filed by Village Capital & Investment LLC (the "Motion") (Dkt. #85), the Debtor's Response (the "Response") (Dkt. #90), and the Agreed Order (Dkt. #99). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on November 16, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion, Response, and Agreed Order hereby is continued and reset for December 14, 2026, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693