United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-00449-JAW
Rickey D'Vonte Price, Jr. Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Nov 10, 2026 Form ID: pdf012 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rickey D'Vonte Price, Jr., 126 Hardacre Dr, Flora, MS 39071-9418 |
| codb | + | Karley Price, 102 Langford Road, Lena, MS 39094-9506 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| John E. Tucker | on behalf of Creditor Tower Loan of Mississippi LLC d/b/a Tower Loan of Canton jtucker@towerloan.com |
| Natalie Kareda Brown | on behalf of Creditor Village Capital & Investment Llc nbrown@rlselaw.com lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Rickey D'Vonte Price Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | |

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**RICKEY D'VONTE PRICE, JR.,** **CASE NO. 23-00449-JAW**

**DEBTOR.** **CHAPTER 13**

**<u>ORDER RESETTING HEARING</u>**

This matter came on this date on the Motion for Abandonment and Relief from Automatic Stay and Co-Debtor Stay (Real Property) filed by Village Capital & Investment LLC (the "Motion") (Dkt. #85), the Debtor's Response (the "Response") (Dkt. #90), and the Agreed Order (Dkt. #99). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on November 16, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion, Response, and Agreed Order hereby is continued and reset for December 14, 2026, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693